JOHN P. MYERS, Respondent, v. J. K. LIENING, Appellant.

No. 2302; November 4, 1859.

Appeal—Amount Involved.—Appeal Does not Lie in cases where the amount involved is less than two hundred dollars.

Appeal—Lack of Exceptions.—Where There was No Motion for a new trial in the court below, and the instructions, for alleged error in which the appeal has been taken, were not excepted to, the appeal is to be dismissed.

From Colusa County.

A. F. Buckner for respondent; Weaver & Curtis for appellant.

BALDWIN, J.—There are two sufficient reasons why we cannot take notice of the errors assigned by the appellant: 1. The judgment below is for less than two hundred dollars—and we have no jurisdiction; 2. There was no motion for a new trial below and no exception taken to instructions—for alleged error in which the appeal is taken.

The appeal is dismissed.

I concur: Field, C. J.